# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 637 MAL 2023

          Respondent                 :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

          v.                    :

MASON DAVON QUAILES,             :

            Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.